No. 76–1505. Safir *v.* Kreps, Secretary of Commerce, et al.;

No. 77–62. American Export Lines, Inc., et al. *v.* Safir et al.; and

No. 77–65. Kreps, Secretary of Commerce, et al. *v.* Safir et al. C. A. D. C. Cir. Certiorari denied. Reported below: 179 U. S. App. D. C. 261, 551 F. 2d 447.

No. 76–1506. Smith *v.* Illinois. App. Ct. Ill., 4th Dist. certiorari denied.

No. 76–1508. Egge *v.* Davis, Public Utility Commissioner of Oregon. Ct. App. Ore. Certiorari denied.

No. 76–1510. Graber *v.* United States. C. A. 2d Cir. Certiorari denied.

No. 76–1514. Considine et al. *v.* United States. C. A. 1st Cir. Certiorari denied.

No. 76–1515. Pacific Northwest Bell Telephone Co. *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 76–1520. Henry *v.* United Overseas Marine Corp. C. A. 3d Cir. Certiorari denied.

No. 76–1525. Ramirez *v.* United States Department of Interior, Bureau of Reclamation, et al. C. A. 5th Cir. Certiorari denied.

No. 76–1528. American Airlines, Inc., et al. *v.* Civil Aeronautics Board et al. C. A. D. C. Cir. Certiorari denied.